UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUALITY RX SOLUTIONS, INC. et al.        :

            Plaintiffs,        :        <u>ORDER</u>

   -v.-        :
                                                              23 Civ. 11290 (ALC) (GWG)
ADVANCED BIOCEUTICALS LIMITED et al.,        :

           Defendants.        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     If a stipulation of dismissal is not filed by June 20, 2024, the parties on that date shall file a jointly-composed letter that proposes new dates for a Rule 16 conference.

     SO ORDERED.

Dated: May 15, 2024
         New York, New York

                                                    _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge