UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

QUALITY RX SOLUTIONS, INC. and NATHAN LAPARL,

                                      Plaintiffs,

                     -against-

ADVANCED BIOCEUTICALS LIMITED and NASS VALLEY GATEWAY LTD,

                                  Defendants.
----------------------------------------------------------------- x

1:23-cv-11290 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiffs should submit a status report by **July 16, 2025** informing the Court as to the next steps in this matter, or whether the case may be closed.

**SO ORDERED.**

Dated:   July 9, 2025
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**