USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUALITY Rx SOLUTIONS, INC., a Florida Corporation
and NATHAN LAPARL, a natural person

                Plaintiffs,         Case # 1:23-cv-11290(ALC)(GWG)

    -against-           **ORDER & JUDGMENT**

ADVANCED BIOCEUTICALS LIMITED, a New
Jersey Corporation and NASS VALLEY GATEWAY
LTD a Canadian Corporation,

                Defendants.
-----------------------------------------------------------------X

    On the Summons in a Civil Action (the "Summons") and Complaint (the "Complaint") filed herein on December 29, 2023; upon the Settlement & Release Agreement ("SRA") entered into between the parties and by Michael Vax [Document 33-4] and upon the Plaintiff's motion brought by Order to Show Cause [Documents 32-34];

    NOW, upon the Declaration of Joseph F. Battista, Esq. sworn to on December 10, 2024 and the Declaration of Nathan Laparl sworn to on December 10, 2024, and no opposition having been submitted, and Plaintiff having established its entitlement to the enforcement of the SRA; the motion is hereby granted; and it is further

    **ORDERED**, that Michael Vax is joined as a party defendant for purposes of enforcing the SRA; and it is further

    **ORDERED**, that the caption is amended and the Clerk is directed to update the party information to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
QUALITY Rx SOLUTIONS, INC., a Florida Corporation
and NATHAN LAPARL, a natural person

                Plaintiffs,           Case # 1:23-cv-11290(ALC)(GWG)

  -against-

ADVANCED BIOCEUTICALS LIMITED, a New Jersey Corporation and NASS VALLEY GATEWAY LTD a Canadian Corporation and Michael Vax,

                Defendants.
-----------------------------------------------------------------------X

and it is further

**ORDERED, ADJUDGED AND DECREED** that plaintiff Nathan Laparl have judgment jointly and severally against the defendants in the amount of $360,000.00 together with interest at the statutory rate from July 11, 2024, plus costs and disbursements of this action in the amount of $ 18,204.84 amounting in all to $ 378,204.84 ; and it is further

**ORDERED, ADJUDGED AND DECREED** that NASS VALLEY GATEWAY LTD shall issue to Nathan Laparl 9 million shares of common stock of NASS VALLEY GATEWAY LTD within 14 days of service upon it of a copy of this Order & Judgment by overnight mail and in the event NASS VALLEY GATEWAY LTD fails to issue the shares of stock as directed after service of a copy of this Order & Judgment, plaintiff may move by order to show cause to hold NASS VALLEY GATEWAY LTD in contempt.

Dated: New York, New York
       August 29 , 2025

                                                Andrew L. Carter, Jr.
                                                U.S.D.J.

This document was entered on the docket on August 29, 2025 .