UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

QUALITY RX SOLUTIONS, INC. et al.,

                              **Plaintiff,**

                   -against-

ADVANCED BIOCEUTICALS LIMITED et al.,

                            **Defendants.**

------------------------------------------------------------------ x

23-cv-11290 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Having ordered judgement in Plaintiff's favor on August 29, 2025, this case is terminated. ECF No. 40. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

Dated:      October 9, 2025
                New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**